Amy M. Samberg (#013874)
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
One Arizona Center
400 E. Van Buren Street, Suite 550
Phoenix, Arizona 85004
Telephone: (602) 926-9880
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
*Attorneys for Plaintiff Liberty Insurance Corporation*

# IN THE UNITED STATES DISCTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Liberty Insurance Corporation,

    Plaintiff,

v.

Hartford Fire Insurance Corporation,

    Defendant.

Case No. CV-18-2418-PHX-DWL

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Liberty Insurance Corporation ("Liberty"), by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no opposing party has filed an answer.

Respectfully submitted this 5th day of November, 2018.

                      FORAN GLENNON PALANDECH
                      PONZI & RUDLOFF PC

                      By: *Amy M. Samberg*
                           Amy M. Samberg
                           400 E. Van Buren Street, Suite 550
                           Phoenix, Arizona 85004
                           Telephone: (602) 926-9880
                           Facsimile: (312) 863-5099
                           *Attorneys for Plaintiff Liberty Insurance Corporation*

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
400 E. Van Buren Street, Suite 550
Phoenix, Arizona 85004
(602) 926-9880